

**IKHIL**
**& ASSOCI**

| Headquarters | ATTORNEYS AT LA | Office |
|---|---|---|
| 76 W. Brighton Avenue, Suite 212 | | te 161C |
| Brooklyn, New York 11224 | | 10006 |
| Kindly Direct All Correspondance to Headquarters | Direct Line: 718.336.49 | sq.com |

Application (Docs. 25, 26) granted. The pre-motion conference scheduled for June 10, 2026 is adjourned to July 7, 2026 at 12:00 p.m. to be held in-person in Courtroom 520 of the White Plains courthouse.

The Clerk of Court is respectfully requested to terminate the letter-motions pending at Docs. 25 and 26.

SO ORDERED.



Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        June 9, 2026

*Via ECF*
District Judge Philip M. Halpern
Hon. Charles L. Brieant Jr.
Federal Building and Courthouse
300 Quarropas Street, Room 530
White Plains, New York 10601

Re:    **Yoruba Williams v. Sahil Bamble and HR 06 Express Inc.**
       **Docket No.: 7:25-cv-04084**

Your Honor:

We represent Plaintiff in the above-referenced matter. A conference is currently scheduled for 10:00 a.m. before Your Honor. Due to a death in the family of the attorney of record, counsel will be attending funeral services at that time and is unable to appear.

We respectfully request that the conference be adjourned to a mutually convenient date and time for the Court and defense. We will promptly confer with opposing counsel regarding availability and will provide the Court with proposed dates, and opposing counsel consents to the request.

We thank you in advance for your consideration and understanding in this delicate matter.

Very truly yours,

*Erik Ikhilov, Esq.*
**IKHILOV & ASSOCIATES**
76 West Brighton Avenue
Suite 212
Brooklyn, New York 11224
(718) 336-4999 (telephone)
Email: erik@eiesq.com